02-11-088-CV













 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND
 DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00088-CV

 

 


 
 
 In re Donald W. Davis
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of habeas corpus and his
motion for temporary relief and is of the opinion that all relief should be
denied.  Accordingly, relator’s petition
for writ of habeas corpus is denied and his motion for temporary relief is
denied as moot.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

TERRIE LIVINGSTON

CHIEF JUSTICE

 

PANEL: 
LIVINGSTON, C.J.; MCCOY and WALKER, JJ.

 

MCCOY, J. would request a response and set a
bond for relator’s release.

 

DELIVERED: 
March 9, 2011











[1]See
Tex. R. App. P. 47.4, 52.8(d).